IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | MICHAEL FRANK SUVANTO | ) | Chapter 13 |
| | JOYCE ANN SUVANTO | ) | |
| | | ) | Case No.  15 B 35384 |
| | Debtor(s) | ) | |
| | | ) | Judge Jacqueline P. Cox |

NOTICE OF WITHDRAWAL OF NOTICE OF FINAL CURE
MORTGAGE PAYMENT RE:  RULE 3002.1

     The Trustee's Notice of Final Cure Mortgage Payment re:  Rule 3002.1 filed by Tom Vaughn Chapter 13 Trustee on June 14, 2018 is hereby withdrawn as the Notice of Final Cure Mortgage Payment re:  Rule 3002.1 was filed in error.

Dated:  June 15, 2018

/s/ _____
Tom Vaughn, Trustee

Tom Vaughn, Trustee
55 East Monroe Street, Suite 3850
Chicago, IL  60603